UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ECO-42-E

No. 26 -1150

GABRIEL ANTONIO BUELE MOROCHO

v.

WARDEN PHILADELPHIA FDC; ACTING DIRECTOR PHILADELPHIA FIELD
OFFICE IMMIGRATION AND CUSTOMS ENFORCEMENT; SECRETARY U.S.
DEPARTMENT OF HOMELAND SECURITY; U.S. DEPARTMENT OF
HOMELAND SECURITY; ATTORNEY GENERAL UNITED STATES OF
AMERICA; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,
Appellants

No. 26-1454

WANDERSON LOPES DE ANDRADE

v.

DIRECTOR PHILADELPHIA FIELD OFFICE IMMIGRATION AND CUSTOMS
ENFORCEMENT; WARDEN PHILADELPHIA FDC,
Appellants

No. 26-1455

ZVIAD BUTSKHRIKIDZE

v.

WARDEN PHILADELPHIA FDC;
ACTING FIELD DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS,
PHILADELPHIA FIELD OFFICE, IMMIGRATION AND CUSTOMS
ENFORCEMENT,
Appellants

Present:   SHWARTZ, Circuit Judge

1. Motion filed by Appellants in No. 26-1455 to Expedite Briefing and to Consolidate Appeal with *Lopes De Andrade v. Director Philadelphia Field Office Immigration, et al.*, No. 26-1454

2. Lopes De Andrade's Opposition to Appellants' Motion to Expedite Briefing and Consolidate Appeals No. 26-1454 & No. 26-1455 and Motion to Consolidate Appeals No. 26-1454 & No. 26-1150

3. Butskhrikidze's Opposition to Appellants' Motion to Expedite Briefing and Consolidate Appeals

4. Buele Morocho's Motion to Consolidate Nos. 26-1150 and 26-1454 and to Enter the Proposed Briefing Schedule

5. Appellants' Reply to Appellees' Responses in Opposition and to Appellee's Motion to Consolidate Nos. 26-1454 and 26-1150

Respectfully,
Clerk/lmr

_____ORDER_____

The foregoing motions to consolidate Nos. 26-1150 and 26-1454 are GRANTED. Appellants' motion to expedite briefing is also GRANTED.  Briefing for the consolidated cases shall proceed as follows:

- Appellants' consolidated opening brief and the joint appendix must be filed on or before 12:00 noon on March 20, 2026.
- Appellees' consolidated response brief must be filed on or before 9:00 a.m. on April 20, 2026.
- Appellants' consolidated reply brief , if any, must be filed on or before 9:00 a.m. on April 24, 2026.

No extensions of time will be granted absent exigent circumstances.  The appeals will be scheduled for disposition during the week of May 11, 2026.  If oral argument is deemed necessary, the Court will notify the parties.

Appellants' motion to consolidate Nos. 25-1454 and 26-1455 is dismissed as moot.

By the Court,

s/ Patty Shwartz
Circuit Judge

Dated: March 13, 2026
Lmr/cc: All Counsel of Record