OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

August 28, 2026

Mana Aliabadi
Palladino Isbell & Casazza
1528 Walnut Street
Suite 1701
Philadelphia, PA 19102

Farrin R. Anello
American Civil Liberties Union of New Jersey
P.O. Box 32159
Newark, NJ 07102

Gillian Barna
Office of Attorney General of New York
28 Liberty Street
19th Floor
New York, NY 10005

Christopher M. Casazza
Palladino Isbell & Casazza
1528 Walnut Street
Suite 1701
Philadelphia, PA 19102

Brianne J. Gorod
Constitutional Accountability Center
1200 18th Street NW
Suite 501
Washington, DC 20036

Amit Jain
Roderick & Solange MacArthur Justice Center
501 H Street NE
Suite 275
Washington, DC 20002

Kiley L. Kane
United States Department of Justice
Office of Immigration Litigation
P.O. Box 878
Ben Franklin Station
Washington, DC 20044

Linda H. Martin
Baker Botts
30 Rockefeller Plaza
44th Floor
New York, NY 10112

My Khanh Ngo
American Civil Liberties Union Foundation
Immigrants Rights Project
425 California Street
7th Floor
San Francisco, CA 94104

Charles E.T. Roberts
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

Ezra D. Rosenberg
American Civil Liberties Union of New Jersey
P.O. Box 32159
Newark, NJ 07102

Mark J. Sherer
Office of United States Attorney
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106

John F. Stanton
United States Department of Justice
Office of Immigration Litigation
P.O. Box 878
Ben Franklin Station
Washington, DC 20044

Vanessa Stine
American Civil Liberties Union of Pennsylvania
Legal

P.O. Box 60173
Philadelphia, PA 19102

Michael K.T. Tan
American Civil Liberties Union Foundation
Immigrants Rights Project
425 California Street
7th Floor
San Francisco, CA 94104

Witold J. Walczak
American Civil Liberties Union
P.O. Box 23058
Pittsburgh, PA 15222

Emma C. Winger
American Immigration Council
2001 L Street NW
Pmb2026
Suite 500
Washington, DC 20036

RE: Gabriel Buele Morocho v. Warden Philadelphia FDC, et al
Case Numbers: 26-1150, 26-1454
District Court Case Numbers: 2:25-cv-05930, 2:26-cv-00603

ENTRY OF JUDGMENT

Today, **August 28, 2026,** the Court entered its judgment in the above-captioned matter pursuant to Fed. R. App. P. 36.

If you wish to seek review of the Court's decision, you may file a petition for rehearing. The procedures for filing a petition for rehearing are set forth in Fed. R. App. P. 40, 3rd Cir. LAR 35 and 40, and summarized below.

Time for Filing:
14 days after entry of judgment.
45 days after entry of judgment in a civil case if the United States is a party.

Form Limits:
3900 words if produced by a computer, with a certificate of compliance pursuant to Fed. R. App. P. 32(g).
15 pages if hand or type written.

Attachments:

A copy of the panel's opinion and judgment only.
Certificate of service, unless the petition is filed and served through the Court's electronic-filing system.
Certificate of compliance if petition is produced by a computer.
No other attachments are permitted without first obtaining leave from the Court.

Unless the petition specifies that the petition seeks only panel rehearing, the petition will be construed as requesting both panel and en banc rehearing. A party seeking both forms of rehearing must file the petitions as a single document. Fed. R. App. P. 40(a).

A party who is entitled to costs pursuant to Fed.R.App.P. 39 must file an itemized and verified bill of costs within 14 days from the entry of judgment. The bill of costs must be submitted on the proper form which is available on the court's website.

A mandate will be issued at the appropriate time in accordance with the Fed. R. App. P. 41.

Please consult the Rules of the Supreme Court of the United States regarding the timing and requirements for filing a petition for writ of certiorari.

Very truly yours,

Patricia S. Dodszuweit, Clerk

By: s/Laurie
Case Manager
267-299-4936