UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

---

Nos. 26-1150 and 26-1454

---

GABRIEL ANTONIO BUELE MOROCHO

v.

WARDEN PHILADELPHIA FDC; ACTING DIRECTOR PHILADELPHIA FIELD OFFICE IMMIGRATION AND CUSTOMS ENFORCEMENT; SECRETARY U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. DEPARTMENT OF HOMELAND SECURITY; ATTORNEY GENERAL UNITED STATES OF AMERICA; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,
Appellants

WANDERSON LOPES DE ANDRADE

v.

DIRECTOR PHILADELPHIA FIELD OFFICE IMMIGRATION AND CUSTOMS ENFORCEMENT; WARDEN PHILADELPHIA FDC,
Appellants

On Appeal from the U.S. District Court
for the Eastern District of Pennsylvania
No. 2:25-cv-05930 (Hon. Gallagher, J.)
No. 2:26-cv-00603 (Hon. Costello, J.)

---

Argued May 11, 2026

Before: SHWARTZ, MASCOTT, and McKEE, Circuit Judges

---

JUDGMENT

---

These causes came to be considered on the records from the United States District Court for the Eastern District of Pennsylvania and were argued on May 11, 2026.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the Orders of the District Courts entered on March 24, 2025, November 24, 2025, and February 12, 2026, are hereby AFFIRMED. Costs will be taxed against Appellants. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: August 28, 2026